### TURNER agt. NAILER

Ephraim Turnor plaint. ag$^t$ Edward Nailer Def$^t$ in an action of debt of twelve pound three Shillings ten pence in mony due by bill with interest & other due damages [408] according to attachm$^t$ dat$^d$ October. 24$^o$ 1676. . . . The Jury . . . found for the plaint. twelve pounds three Shillings ten pence mony damage according to bill & costs of Court allow$^d$ twenty one Shilling and four pence.

Execucion issued Decemb$^r$ 9$^o$ 1676.

### GIFFARD agt. LEVERETT

John Giffard plaint. ag$^t$ Hudson Leverett Def$^t$ in an action of the case for the not returning or paying the s$^d$ Giffard or his Assigne Abraham Briggs the mony taken up by the s$^d$ Leverett of m$^r$ Timothy Mather being Sixteen pounds cash & mony taken up of m$^r$ Ezekiel Fogg being Forty Four pounds or thereabouts, the w$^{ch}$ s$^d$ Summes the s$^d$ Leverett gave his bill or writing under his hand to make return thereof to the s$^d$ Giffard, with due damages according to attachm$^t$ dat$^d$ 12: 8. 1676. The Def$^t$ objecting ag$^t$ the process for that there were two actions contained in the attachm$^t$ the Def$^t$ declared hee held to the first, the complaint for Sixteen pounds; after which . . . the Jury . . . found for the Defend$^t$ costs of Court.

### WAY agt. PEASE

Richard Way Attourny to m$^{rs}$ Elisabeth Freake Administratrix to the Estate of her late husband m$^r$ John Freake dec$^d$ plaint. ag$^t$ John Pease Def$^t$ in an action of the case for nonpaiment of a debt of thirty pounds or thereabouts due by booke with just interest & all other due damages according to attachm$^t$ dat$^d$ 24th of October. 1676. . . . The Jury . . . found for the plaintife Fifteen pounds five Shillings eight pence halfe penny mony due upon ball$^a$ of acco$^{ts}$ & costs of Court. The Defend$^t$ appealed from this judgement unto the next Court of assistants & himselfe principall in Sixteen pounds & Thomas Dewer & Hudson Leverett Sureties in Eight pounds apeice acknowledged themselves respectively bound . . . on condition the s$^d$ John Pease should prosecute his appeale . . .

[The parties came to an agreement before the appeal was heard. Records of the Court of Assistants, i. 80.]